### OSCAR M. HAINES *vs.* HAMILEEN HAINES.

Appeal from a decree of the Circuit Court for Allegany County (WILLIAMS, J.), granting to the appellee a divorce *a mensa et thoro* from the appellant, alimony and the custody of her two children subject to the further order of the Court. Decree affirmed for the reasons given by the Court below in its opinion.

*George A. Pearre* and *J. W. Scott Cochrane*, for the appellant. *John G. Wilson*, for the appellee.